# Court of Appeals
# of the State of Georgia

ATLANTA,__ May 03, 2016 _____

*The Court of Appeals hereby passes the following order:*

## A16D0334. ELIZABETH L. CUNNINGHAM v. J. ALAN KOHR.

Elizabeth Cunningham, the former guardian of David Napier Cunningham, challenges the trial court's order directing her to pay attorney fees and expenses incurred by Alan Kohr, the current guardian of David Cunningham, in discharging a petition for writ of habeas corpus filed by Elizabeth Cunningham. In its order, the court cites both OCGA § 9-15-14 and the habeas corpus statute, OCGA § 9-14-21, as bases for its award. Elizabeth Cunningham argues that attorney fees and expenses are not permitted under the habeas corpus statute.

The Georgia Supreme Court has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Under the circumstances presented in this application, it appears jurisdiction may lie in the Supreme Court. It is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court of Georgia. See *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 05/03/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen _____, *Clerk.*